CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOU JI,<br><br>          Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, Secretary, United States Department of Homeland Security, *et al.*,<br><br>          Defendants. | Case No. 5:25-cv-05241-NW<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 19, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of his Form I-526E, Immigrant Petition by Regional Center Investor. On January 15, 2026, United States Citizenship and Immigration Services issued a Notice of Intent to Deny ("NOID") on Plaintiff's petition. Once USCIS receives Plaintiff's response to the NOID, the agency will work diligently towards completing adjudication of Plaintiff's petition.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation to Stay
Case No. 5:25-cv-05241-NW          1

April 19, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 17, 2026                                 Respectfully submitted[1],

                                                         CRAIG H. MISSAKIAN
                                                         United States Attorney


                                                         /s/ Molly A. Friend
                                                         MOLLY A. FRIEND
                                                         Assistant United States Attorney
                                                         Attorneys for Defendants


Dated: February 17, 2026

                                                         /s/ You Ji
                                                         YOU JI
                                                         Plaintiff (Pro Se)




                              [PROPOSED] ORDER

     Pursuant to stipulation, IT IS SO ORDERED.


Date: February 19, 2026

                                                         _____
                                                         HON. NOEL WISE
                                                         United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:25-cv-05241-NW                    2