CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YOU JI,

　　　　　　　　Plaintiff,

　　　v.

KRISTI NOEM, Secretary, United States
Department of Homeland Security, *et al.*,

　　　　　　　　Defendants.

Case No. 5:25-cv-05241-NW

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER**

　　　The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-526E, Immigrant Petition by Regional Center Investor. On February 19, 2026, the Court granted the parties' request to stay proceedings until April 19, 2026. *See* Dkt. No. 26. United States Citizenship and Immigration Services issued a Notice of Intent to Deny ("NOID") on Plaintiff's petition and received Plaintiff's response. USCIS needs a brief period of additional time to complete its review of Plaintiff's response to the NOID.

　　　Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 19, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Stipulation to Stay
Case No. 5:25-cv-05241-NW　　　　　　　　　　1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 17, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 17, 2026

*/s/ You Ji*
YOU JI
Plaintiff (Pro Se)

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 22, 2026

HON. NOEL WISE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 5:25-cv-05241-NW                    2